# In the United States Court of Federal Claims

No. 15-1575C

(Filed: April 4, 2019)

```
*************************************
                                    *
BRYNDON FISHER,                     *
                                    *
                  Plaintiff,        *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
                  Defendant.        *
                                    *
*************************************
```

ORDER

On April 4, 2019, the Court heard oral argument on Defendant's motion for summary judgment in the above-captioned case. For the reasons stated in open court, it appears to the Court that this case involves issues of material fact that preclude any grant of summary judgment. Accordingly, Defendant's motion is DENIED.

The parties shall submit a joint status report detailing how they would like to proceed with this case on or before April 18, 2019.

IT IS SO ORDERED.

s/ Thomas C. Wheeler  
THOMAS C. WHEELER  
Judge