IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Bryndon Fisher,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>The United States of America,<br><br>　　　　　　Defendant. | No. 15-1575C<br>(Judge Wheeler) |

<u>JOINT STATUS REPORT</u>

On April 4, 2019, this Court ordered the parties to submit a joint status report "detailing how they would like to proceed with the case on or before April 18, 2019." Dkt. No. 74. The Court further granted the parties an extension of time to submit this joint status report until May 2, 2019. Dkt. No. 76. After discussion among counsel for the parties, the parties now jointly propose the following schedule for further proceedings.

In light of the Court's denial of the Government's motion for summary judgment (Dkt. No. 74), the parties believe it would now be appropriate to enter into a period of discovery, limited to issues related to class certification. The parties request that the Court set a deadline of August 30, 2019 for the parties to complete discovery related to class certification.

Following the close of discovery related to class certification, the parties will submit a further joint status report by September 13, 2019, in which they will propose a schedule for further proceedings concerning Plaintiff's forthcoming motion for class certification.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | JOSEPH H. HUNT<br>Assistant Attorney General |
|  | ROBERT E. KIRSCHMAN, JR.<br>Director |
|  | /s/Steven J. Gillingham<br>STEVEN J. GILLINGHAM<br>Assistant Director |
|  | /s/Meen Geu Oh<br>Meen Geu Oh<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 307-0184<br>Facsimile: (202) 514-7969<br>E-mail: Meen-Geu.Oh@usdoj.gov |
| Dated: May 2, 2019 | *Attorneys for Defendant* |

**Schubert Jonckheer & Kolbe LLP**

By:   /s/ Noah M. Schubert
         Noah M. Schubert

Noah M. Schubert
Attorney of Record
*nschubert@sjk.law*
Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111-4018
Ph: 415.788.4220
Fx: 415.788.0161

*Attorney for Plaintiff, Individually and
on Behalf of All Other Similarly Situated*

Of Counsel:

Robert C. Schubert
*rschubert@sjk.law*
Miranda P. Kolbe
*mkolbe@sjk.law*
Kathryn Y. Schubert
*kschubert@sjk.law*
**Schubert Jonckheer & Kolbe LLP**
Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111-4018
Ph: 415.788.4220