# In the United States Court of Federal Claims

No. 15-1575
(Filed: March 9, 2021)

```
*****************************************
BRYNDON FISHER,                         *
                                        *
                    Plaintiff,          *
                                        *
        v.                              *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant.          *
*****************************************
```

## SCHEDULING ORDER

**DIETZ, Judge**

      The parties filed a joint status report on February 1, 2021 that updated the Court on the potential for settlement or ADR proceedings, provided differing class certification briefing schedules, and provided differing positions on additional summary judgment motions. ECF No. 101. The Court ordered a status conference—held on March 4, 2021—to address the issues identified in the joint status report. ECF No. 102. Based on the joint status report and status conference, the Court adopts the following class certification briefing schedule:

| | |
|---|---|
| **May 21, 2021** | Close of expert discovery on class certification |
| **July 30, 2021** | Defendant's Response to Plaintiff's Motion for Class Certification |
| **September 30, 2021** | Plaintiff's Reply to Defendant's Response |

The Court also finds that, at this time, additional summary judgment motions are not warranted.

      **IT IS SO ORDERED.**

                                                                 s/ Thompson M. Dietz
                                                               THOMPSON M. DIETZ, Judge