# In the United States Court of Federal Claims

No. 15-1575
(Filed: May 2, 2022)

```
*****************************************
BRYNDON FISHER,                          *
                                         *
                    Plaintiff,           *
                                         *
        v.                               *
                                         *
THE UNITED STATES,                       *
                                         *
                    Defendant.           *
*****************************************
```

## ORDER

      On April 12, 2022, Plaintiff filed a motion for leave to file a notice of supplemental authority in support of class certification and attached the supplemental authority, *Olean Wholesale Grocery Coop., Inc v. Bumble Bee Foods LLC*, No. 19-56514, 2022 WL 1053459 (9th Cir. Apr. 8, 2022), to its motion. ECF No. 125. Defendant, in its response, states that it does not oppose Plaintiff's motion. ECF No. 125. Accordingly, the Court **GRANTS** Plaintiff's motion. Since Plaintiff attached the supplemental authority to his motion, no further action is necessary.

      **IT IS SO ORDERED.**

                                                                      s/ Thompson M. Dietz
                                                                    THOMPSON M. DIETZ, Judge