IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Bryndon Fisher, | |
|         Plaintiff, | |
| v. | No. 15-1575C |
| The United States of America, | (Judge Dietz) |
|         Defendant. | |

STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the Court of Federal Claims, plaintiff Bryndon Fisher and defendant the United States hereby stipulate to dismissal of this action with prejudice, with all parties to bear their own costs.

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

/s/ Meen Geu Oh
MEEN GEU OH
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch

P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0184
E-mail: Meen-Geu.Oh@usdoj.gov

*Attorneys for Defendant*


**Schubert Jonckheer & Kolbe LLP**


By:      /s/ Amber L. Schubert

Amber L. Schubert
Attorney of Record
*aschubert@sjk.law*
2001 Union St Ste 200
San Francisco, CA 94123
Ph: 415.788.4220
Fx: 415.788.0161

*Attorney for Plaintiff, Individually and
on Behalf of All Others Similarly Situated*


Of Counsel:

Robert C. Schubert
*rschubert@sjk.law*
**Schubert Jonckheer & Kolbe LLP**
2001 Union St Ste 200
San Francisco, CA 94123
Ph: 415.788.4220

Dated: July 24, 2023